**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) ) | Chapter 15 |
| JSC BTA Bank, | ) ) | Case No. 10-10638 (JMP) |
| Debtor in a Foreign Proceeding. | ) ) ) | |

**ORDER SCHEDULING HEARING AND SPECIFYING
THE FORM AND MANNER OF SERVICE OF NOTICE**

Upon the application (the "Application") of Anvar Galimullaevich Saidenov (the "Petitioner"), filed on February 5, 2010, in his capacity as Foreign Representative of JSC BTA Bank (the "Bank" or the "Debtor") for entry of an order (i) scheduling a hearing on the relief sought in the Verified Petition for Recognition of Foreign Main Proceeding and Request for Related Relief (the "Petition"), which was filed on February 4 , 2010, and (ii) specifying the form and manner of service of notice thereof; it is hereby

ORDERED, that the Recognition Hearing[1] shall be held before this Court in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on March 1, 2010 at 2:00 p.m.; and it is further

ORDERED, that the form of notice of the Recognition Hearing annexed hereto as Exhibit A (the "Notice") is hereby approved; and it is further

ORDERED, that the notice requirements set forth in Section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or are hereby waived; and it is further

ORDERED, that copies of (i) the Notice, (ii) the Official Form of Chapter 15 Petition and (iii) the Petition (including Exhibit A thereto) (collectively, the "Notice Documents") shall be

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.

served by United States mail, first-class postage prepaid, upon the Chapter 15 Notice Parties on or before February 5, 2010; and it is further

ORDERED, that responses or objections, if any, to the Petition shall be made in writing and shall set forth the basis therefor, and such responses or objections must be filed electronically with (i) the Court by registered users of the Court's electronic case filing system in accordance with General Order M-242 (a copy of which may be viewed on the Court's website at www.nysb.uscourts.gov) and by all other parties-in-interest, on a 3.5 inch disc, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408, and a hard copy of such response or objection to be sent to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, and (ii) served upon WHITE & CASE LLP, 1155 Avenue of the Americas, New York, New York 10036-2787 (Attn: Evan C. Hollander, Esq.), U.S. counsel to the Petitioner, so as to be received on or before February 25, 2010 at 5:00 p.m., New York time; and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

Dated: New York, New York
February 5, 2010

                                                */s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 15 |
| JSC BTA Bank, | ) ) ) | Case No. 10-10638 (JMP) |
| Debtor in a Foreign Proceeding. | ) ) |  |

## NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on February 4, 2010, Anvar Galimullaevich Saidenov (the "Petitioner"), in his capacity as the foreign representative of JSC BTA Bank (the "Bank" or the "Debtor"), filed the Verified Petition for Recognition of Foreign Main Proceeding and Request for Related Relief (the "Petition") pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the voluntary judicial reorganization proceeding (the "Kazakh Proceeding") that was initiated by the Debtor in the Specialized Financial Court of Almaty City (the "Financial Court") in Almaty, Kazakhstan, and commenced by the Financial Court on October 16, 2009, as a foreign main proceeding pursuant to sections 1515 and 1517 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (ii) granting related relief pursuant to section 1520 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Petition for **2:00 p.m. (New York time) on March 1, 2010** (the "Recognition Hearing").

Copies of the Petition and all accompanying documentation are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's U.S. counsel (including by facsimile or e-mail) addressed to:

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Attn: Richard A. Graham
rgraham@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and in writing and setting forth the basis therefor, which response or objection must be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-242 (a copy of which may be viewed on the Court's website, http://www.nysb.uscourts.gov) and by all other parties-in-interest on a 3.5 inch disc, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408. A hard copy of any response or objection shall be sent to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon White & Case LLP (Attn: Evan C. Hollander, Esq.), U.S. counsel to the Petitioner, so as to be **received by no later than 5:00 p.m. (New York time), February 25, 2010**.

**PLEASE TAKE FURTHER NOTICE** that all parties-in-interest opposed to the Petition or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated:   New York, New York
         February 5, 2010

                                                            BY ORDER OF THE COURT