UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :          Chapter 15
                                                   :
JSC BTA Bank,                                      :          Case No. 10-10638 (JMP)
                                                   :
        Debtor in a Foreign Proceeding.            :
                                                   :
------------------------------------------------------------x

# DECLARATION OF EVAN C. HOLLANDER

I, Evan C. Hollander, declare under penalty of perjury, as follows:

1. I am a member of White & Case LLP, counsel to Anvar Galimullaevich Saidenov, the foreign representative of JSC BTA Bank, a joint stock company incorporated in the Republic of Kazakhstan (the "Bank" or "Debtor"). I submit this declaration on behalf of the Motion For Contempt And Stay Of Arbitration Proceedings (the "Motion") submitted herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of an order entered by this court on March 2, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter sent by the Bank to Banque Interanationale de Commerce –BRED ("BIC-BRED") dated June 24, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of BIC-BRED's Answer to Statement of Defence, dated June 28, 2010, in an arbitration proceeding between BIC-BRED and the Bank in Switzerland before the Chamber of Commerce and Industry of Geneva.

I declare, under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 2, 2010

                                                          _/s/ Evan C. Hollander__
                                                          Evan C. Hollander

NEWYORK 7712277 (2K)