UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 15 |
| JSC BTA Bank, | Case No. 10-10638 (JMP) |
| Debtor in a Foreign Proceeding. | |

### DECLARATION OF ANVAR GALIMULLAEVICH SAIDENOV PURSUANT TO 28 U.S.C. § 1746

I, Anvar Galimullaevich Saidenov, do hereby declare and state that:

1. I am Chairman of the Management Board of JSC "BTA Bank" (Republic of Kazakhstan) and am over the age of eighteen years; and

2. on October 4, 2010, I caused the Notice attached to this Declaration as Exhibit A to be served by causing true and correct copies thereof to be enclosed securely in separate postage pre-paid envelopes and delivered via first class (Kazakhstan) mail to those parties listed on the service list attached to this Declaration as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States of America, that foregoing statements are true and correct.

Executed on: October 4, 2010

_____
Anvar Galimullaevich Saidenov

NEWYORK 7812593 v1 (2K)

Exhibit A

NEWYORK 7812593 v1 (2K)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| JSC BTA Bank, | ) Case No. 10-10638 (JMP) |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

NOTICE OF FILING OF AND HEARING ON
FOREIGN REPRESENTATIVE'S MOTION PURSUANT TO
SECTIONS 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525(a)
OF THE BANKRUPTCY CODE FOR AN ORDER GRANTING
PERMANENT INJUNCTIVE RELIEF IN SUPPORT OF
RESTRUCTURING PLAN AND CLOSING CASE

PLEASE TAKE NOTICE that on September 29, 2010, Anvar Galimullaevich Saidenov (the "Foreign Representative"), in his capacity as the duly recognized foreign representative of JSC BTA Bank (the "Bank" or the "Debtor"), filed a motion (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") for an order pursuant to sections 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), granting, among other things, permanent injunctive relief in support of a court-approved and creditor-endorsed restructuring plan in respect of the Debtor and closing the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Motion for **10:00 a.m. (New York time) on October 26, 2010** (the "Hearing").

Copies of the Motion and all accompanying documentation are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's U.S. counsel (including by facsimile or e-mail) addressed to:

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Attn: Richard A. Graham
rgraham@whitecase.com

NEWYORK 7769780 (2K)

PLEASE TAKE FURTHER NOTICE that any party-in-interest wishing to submit a response or objection to the Motion or the relief requested therein must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and in writing and setting forth the basis therefor, which response or objection must be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-242 (a copy of which may be viewed on the Court's website, http://www.nysb.uscourts.gov) and by all other parties-in-interest on a 3.5 inch disc, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408. A hard copy of any response or objection shall be sent to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon White & Case LLP (Attn: Evan C. Hollander, Esq.), U.S. counsel to the Foreign Representative, so as to be **received by no later than 4:00 p.m. (New York time), October 19, 2010.**

PLEASE TAKE FURTHER NOTICE that all parties-in-interest opposed to the Motion or the request for relief contained therein must appear at the Hearing at the time and place set forth above.

PLEASE TAKE FURTHER NOTICE that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Motion without further notice.

NEWYORK 7769780 (2K)

**PLEASE TAKE FURTHER NOTICE** the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates of the hearing or any other further adjourned hearing.

Dated:  New York, New York
        September 29, 2010

                                          WHITE & CASE LLP

                                          By: /s/ Evan C. Hollander

                                          1155 Avenue of the Americas
                                          New York, New York 10036-2787
                                          Telephone: (212) 819-8200
                                          Facsimile: (212) 354-8113
                                          Abraham L. Zylberberg
                                          Evan C. Hollander
                                          Richard A. Graham

                                          Attorneys for Anvar Galimullaevich
                                          Saidenov as Foreign Representative of
                                          JSC BTA Bank

## Exhibit B

| № | Claimant | Contact details |
|---|---|---|
| 1 | NALCO COMPANY | Nalco Ltd., Satpayev Street, 19 – Office 303<br>Atyrau Plaza, Atyrau, Kazakhstan<br>Tel: +7 3122 203013<br>Fax: +7 3122 996086 |
| 2 | AGIP KAZAKHSTAN NORTH CASPIAN OPERATING COMPANY N.V. | 1, K.Smagulov Street, Atyrau, 060002 Kazakhstan<br>Tel: + 39 02 91388500<br>Fax: + 7 7122 923300 |
| 3 | KARACHAGANAK PETROLEUM OPERATING BV | West Kazakhstan region,<br>Burlinsky District, Aksai,<br>Industrial Area, Head Office CPO<br>Tel: +7 (7113) 33-41-60, ext. 2288 |
| 4 | SBERBANK OJSC | Legal and Mailing Address: 19 Vavilova St., 117997 Moscow, Russia<br>Tel.: (+7 495) 974-66-77, (+7 495) 974-66-46, (+7 495) 974-77-61<br>E-mail: sbrf@sberbank.ru<br>E-mail: sberbank@sberbank.ru |
| 5 | ELOPAK SYSTEMS AG | Cherstrasse 4<br>Glattbrugg CH-8152<br>Switzerland<br>Tel: (41) 18102442 |
| 6 | WIRTGEN INTERNATIONAL GMBH | address of representative office in Almaty<br>050009, Almaty<br>Abai Avenue, 155, of.33-34<br>Tel: +7 727 2508418.2508419<br>Elgonov Amangeldy Nigmetovich |
| 7 | ERICSSON NIKOLA TESLA D.D. | Krapinska 45,p.p 93, HR-10002 ZAGREB, CROATIA, +38513654079, fax +385 1 302 6611, Gordana Kovacevic (President) |
| 8 | RABOBANK NEDERLAND | Croeslaan 28, 3521 CB Utrecht, The Netherlands, tel +31 30 71 22 536, fax +31 30 71 22 591, jasper.van.berkel@rabobank.com |
| 9 | MAKRON ENGINEERING OY | P.O.Box104<br>FI-15101 LAHTI<br>FINLAND<br>Street address:<br>Norokatu 5<br>15170 LAHTI<br>FINLAND<br>Tel. +358 3 812 312<br>Fax +358 3 733 1299 |
| 10 | OOO 'URAL HOLOD' | Address of the office-warehouse: 620041, Ekaterinburg, ul. Osnovinskaya, 15A<br>Postal address: 620041, Ekaterinburg, PO Box 1954<br>For questions, please call: 341-62-10, 341-62-31<br>Tel / Fax: (343) 378-31-79 (multichannel) |
| 11 | CONSULATE GENERAL OF THE | CONSULATE GENERAL OF THE FEDERAL |

| | | |
|---|---|---|
| | FEDERATIVE GERMANY | REPUBLIC OF GERMANY<br>92-A/7, Block-V, Clifton, Karachi.<br>TEL: 021-5873782-3, 5870234 FAX: 021-5874009, 5821597 |
| 12 | RFEE 'UZMEDEXPORT' | Address:<br>Tashkent 100077<br>Uzbekistan<br>Telephone: (99871) 2682544<br>Fax: (99871) 2683601 |
| 13 | BANK OF NEW YORK | Kevin Heine<br>U.S. & Latin America<br>Corporate, Issuer & Treasury Services<br>+1 212 635 1590<br>One Wall Street - 31st Floor<br>New York, NY 10286 |
| 14 | SE 'KYRGYZAERONAVIGATSIA | Department of Foreign Economic Relations GP Kyrgyzaeronavigatsiya"<br>Tel\fax: +996 (312)693222<br>E-mail: kan_atm@transfer.kg |
| 15 | JSC 'ARCELORMITTAL TEMIRTAU' | Kazakhstan, Karaganda region, Temirtau, Lenina Street 1, Phone: (32135) 6-26-00, 6-21-17, Fax: (32135) 5-64-00 |
| 16 | ZAO 'VNESHNETORGOVAYA KOMPANIYA 'KAMAZ' | Tatarstan, Naberezhnye Chelny, 4, blvd. Rubanenko, 423810<br>Tel.: +7 8552 55 29 92, fax: +7 8552 55 29 80<br>market@kamaztrade.ru |
| 17 | KONTSERN KALINA' OJSC | Russian Federation, Ekaterinburg, Komsomolskaya Street, 80<br>Tel.: (343) 262 37 33, 262 00 01, fax: (343) 262 3734<br>Email: info@kalina.org |
| 18 | NESTLE ROSSIYA' LLC | NESTLE ROSSIYA LLC<br>2 1 PAVELETSKAYA SG., MOSCOW 115054 |
| 19 | JSC KAZAKHTELECOM | 31, Abai ave., Saryarka district, Astana, Republic of Kazakhstan, 010000;<br>Phone: (7172) 58 77 18;<br>Fax: (7172) 58 77 24 |
| 20 | EXXON MOBIL KAZAKHSTAN INC | Atyrau, str. Kulmanov, 23<br>Tel: +7 (7122) 551-111<br>Astana, Abai Ave 47, the sample "Intercontinental" 7 floor, 725 office<br>Tel: +7 (7172) 391-112<br>www.corp.exxonmobil.com<br>zhainagul.siykova @ exxonmobile.com |
| 21 | FORTIS BANK S.A./N.V. BRUSSELS | Montagne du Parc 3, 1000 Brussels, Belgium, Valentina Kryva, +3222287995 |
| 22 | OJSC 'METALLSERVIS' | Moscow, Kashirsky fare, 17, p. 5<br>Tel. (Fax) +7 (499) 171-15-25<br>General Director- Oleg Tyurpenko |
| 23 | DIRECTOR GENERAL OF NAVAL ARMAMENT INTEGRATED HEADQUARTERS OF MINISTRY | Naval Headquarters, South Block, New Delhi - 110 011, tel 23011400, fax 23792620 |

|    |                                                                                        |                                                                                                                                                                  |
|----|----------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | OF DEFENCE (NAVY) GOVERNMENT OF INDIA, MINISTRY OF DEFENCE, INDIA                      |                                                                                                                                                                  |
| 24 | CREDIT SUISSE, LONDON BRANCH                                                           | One Cabot Square, London E14 4QJ, +44 0 207 8888 364, Ian Croft                                                                                                  |
| 25 | Oude Elferink Amsterdam                                                                | Johan van Hasseltweg 46<br>1022 WV Amsterdam<br>Postbus 37680<br>1030 BH Amsterdam<br>correspondentie-adres<br>T  020 636 62 61<br>F  020 636 62 65<br>E  info@oegdw.nl |
| 26 | BANQUE INTERNATIONALE DE COMMERCE - BRED                                               | 21,rue du Rhone-1204 Geneva-Switzerland, Ilario Cirieco, +41223123070, icirieco@bic-bred.com                                                                     |