UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ) | Chapter 15 |
| ) | |
| JSC BTA Bank, ) | Case No. 10-10638 (JMP) |
| ) | |
| Debtor in a Foreign Proceeding. ) | |
| ) | |

### DECLARATION OF
### ANVAR GALIMULLAEVICH SAIDENOV
### PURSUANT TO 28 U.S.C. § 1746

I, Anvar Galimullaevich Saidenov, do hereby declare and state that:

1. I am Chairman of the Management Board of JSC "BTA Bank" (Republic of Kazakhstan) and am over the age of eighteen years; and

2. on October 4, 2010, I caused electronic copies of the Notice attached to this Declaration as Exhibit A to be delivered via electronic mail to those parties listed on the service list attached to this Declaration as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States of America, that foregoing statements are true and correct.

Executed on: October 4, 2010
            Almaty, Kazakhstan

_____
Anvar Galimullaevich Saidenov

Exhibit A

NEWYORK 7812593 v1 (2K)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 15 |
| ) | |
| JSC BTA Bank, ) | Case No. 10-10638 (JMP) |
| ) | |
| Debtor in a Foreign Proceeding. ) | |
| ) | |

### NOTICE OF FILING OF AND HEARING ON
### FOREIGN REPRESENTATIVE'S MOTION PURSUANT TO
### SECTIONS 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525(a)
### OF THE BANKRUPTCY CODE FOR AN ORDER GRANTING
### PERMANENT INJUNCTIVE RELIEF IN SUPPORT OF
### RESTRUCTURING PLAN AND CLOSING CASE

PLEASE TAKE NOTICE that on September 29, 2010, Anvar Galimullaevich Saidenov (the "Foreign Representative"), in his capacity as the duly recognized foreign representative of JSC BTA Bank (the "Bank" or the "Debtor"), filed a motion (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") for an order pursuant to sections 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), granting, among other things, permanent injunctive relief in support of a court-approved and creditor-endorsed restructuring plan in respect of the Debtor and closing the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Motion for **10:00 a.m. (New York time) on October 26, 2010** (the "Hearing").

Copies of the Motion and all accompanying documentation are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Foreign Representative's U.S. counsel (including by facsimile or e-mail) addressed to:

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Attn: Richard A. Graham
rgraham@whitecase.com

NEWYORK 7769780 (2K)

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to submit a response or objection to the Motion or the relief requested therein must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and in writing and setting forth the basis therefor, which response or objection must be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-242 (a copy of which may be viewed on the Court's website, http://www.nysb.uscourts.gov) and by all other parties-in-interest on a 3.5 inch disc, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408. A hard copy of any response or objection shall be sent to the Chambers of the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon White & Case LLP (Attn: Evan C. Hollander, Esq.), U.S. counsel to the Foreign Representative, so as to be **received by no later than 4:00 p.m. (New York time), October 19, 2010.**

**PLEASE TAKE FURTHER NOTICE** that all parties-in-interest opposed to the Motion or the request for relief contained therein must appear at the Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Motion without further notice.

-2-

NEWYORK 7769789 (2K)

**PLEASE TAKE FURTHER NOTICE** the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates of the hearing or any other further adjourned hearing.

Dated:  New York, New York
        September 29, 2010

                                        WHITE & CASE LLP

                                        By: /s/ Evan C. Hollander

                                        1155 Avenue of the Americas
                                        New York, New York 10036-2787
                                        Telephone: (212) 819-8200
                                        Facsimile: (212) 354-8113
                                        Abraham L. Zylberberg
                                        Evan C. Hollander
                                        Richard A. Graham

                                        Attorneys for Anvar Galimullaevich
                                        Saidenov as Foreign Representative of
                                        JSC BTA Bank

## Exhibit B

| Claimant | Contact Person | E-mail |
|---|---|---|
| CREDIT SUISSE INTERNATIONAL | Ian Croft | ian.croft@credit-suisse.com |
| Nomura Capital Markets PLC | Stephen Kirkham | stephen.kirkham@nomura.com |
| LM Moore LP | Sal Bonello | salvatore.bonello@moorecap.com |
| Bluecrest Mercantile BV | Emma Thatcher | vittorio.riva@bluecrestcapital.com |
| HSBC Custody Service LTD | annick langlois | annick.langlois@gg.hsbc.com |
| HSBC Custody Service LTD | annick langlois | annick.langlois@gg.hsbc.com |
| T&IB Equities Limited (National Bank TRUST on behalf of T&IB Equities Limited) provided transfer certificate from Credit Suisse to T&IB Equities Limited | Sergey Askretkov | Sergey.Askretkov@trust.ru |
| Pivot Global Value Fund | Thomas Underwood | thomas@pivotcapital.com |
| BARCLAYS BANK PLC | carol williamson | carol.williamson@barclayscapital.com |
| Tudor Global Emerging Markets Credit Portfolio | Joyce Choi | Joyce.Choi@tudor.com |
| The Tudor BVI Global Portfolio LP | Joyce Choi | Joyce.Choi@tudor.com |
| HSBC Custody Service LTD | annick langlois | annick.langlois@gg.hsbc.com |
| OLAYAN INVESTMENTS COMPANY ESTABLISHMENT | George Stephanou | g.stephanou@olayangroup.com |
| ERSTE GROUP BANK AG | josef pfleger | conrad.schuller@erstegroup.com |
| HBK MASTER FUND LP | sterling abott | Sterling Abbott <sabbott@hbk.com> |
| COMMERZBANK AG | Trudie Franklin / Can-Fabio Uysal | trudie.franklin@commerzbank.com / can-fabio.uysal@commerzbank.com |
| OOO Goldman Sachs | Parvoleta Shtereva | parvoleta.shtereva@gs.com |
| ASIAN DEVELOPMENT BANK | Cindy Teo, Anne Kathryn Gaza | cindyteo@adb.org, akgaza@adb.org, emartinez@adb.org, jmorales@adb.org |
| DEG-DEUTSCHE INVESTITIONS- UND ENTWICKLUNGSGESELLSCHAFT MBH | Gudrun Busch | bu@deginvest.de |
| VAKIFBANK INTERNATIONAL AG | Franz Fasching | franz.fasching@vakifbank-ag.at |
| SMBC DUBAI | Mehmet Peker | mehmet_peker@ae.smbcgroup.com |
| SWEDBANK AB | helena olander | <helena.olander@swedbank.se> |
| EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT (EBRD) | Tatyana Tyo, Frank Power, Julie Davidson | tyot@ebrd.com, powerf@ebrd.com, davidsoj@ebrd.com |
| GARANTIBANK INTERNATIONAL N.V. | Merve Genc | mgenc@garantibank.eu |
| ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG | josef pfleger | conrad.schuller@erstegroup.com |
| SACE on its behalf and on behalf of BANCA MONTE DEI PASCHI DI SIENA S.P.A. | Valerio Ranciaro | v.ranciaro@sace.it |
| ZUERCHER KANTONALBANK | Reto Caviezel | reto.caviezel@zkb.ch |

| Bank | Contact | Email |
|---|---|---|
| NORDEA BANK FINLAND PLC | Anu-Leena Koskelainen | <Anu-Leena.Koskelainen@nordea.com> |
| COMMERZBANK AG | Berndt Nitsche | "Nitsche, Bernd (Dresdner Bank)" <bernd.nitsche@dkib.com> / "Grehling, Andreas" <Andreas.Grehling@commerzbank.com> |
| THE EXPORT-IMPORT BANK OF KOREA | Byun Kwang-Hyun | bytal@koreaexim.go.kr |
| SAMPO BANK PLC | Heikki Nokelainen | heikki.nokelainen@sampopankki.fi |
| HSBC Custody Service (Guernsey) Ltd. on behalf of Spinnaker Global Emerging Markets Fund Ltd. | annick langlois | annick.langlois@gg.hsbc.com |
| COMMERZBANK (EURASIJA) SAO | Mrs. Itziar Zamanillo | itziar.zamanillo@commerzbank.com |
| HSBC BANK PLC | tabassum butt | jim.p.murphy@hsbcib.com |
| STANDARD CHARTERED BANK (GERMANY) GMBH | Rachel Mayne / Paul Johnson | Mayne, Rachel <Rachel.Mayne@sc.com> / "Johnson, Paul" <Paul.A.Johnson@sc.com> |
| EKN (NORDEA BANK AB) | Diana Sewerin | hjalmar.brundin@ekn.se, marc.strahm@ekn.se |
| TORONTO DOMINION BANK | Vince Chang | Chang, Vince <Vince.Chang@tdsecurities.com> |
| WESTLB AG LONDON BRANCH | Gerard Mullaly | Gerard_Mullally@westlb.co.uk |
| BAYERISCHE LANDESBANK, NUERNBERG BRANCH | Ivan Pusic / Harald Gloeckl | "Pusic, Ivan" <Ivan.Pusic@bayernlb.de> / Harald.Gloeckl@bayernlb.de |
| FORTIS BANK A.S. | Atilla Buğdaycı / Orkun Tuncay | atilla.bugdayci@fortis.com.tr / orkun.tuncay@fortis.com.tr / <marc.a.gallet@bnpparibasfortis.com> |
| VTB BANK (FRANCE) S.A. | Patricia Dubart | dubartp@vtb-bank-france.fr |
| CREDIT EUROPE BANK N.V. | Olga Suvalska | olga.suvalska@crediteurope.nl |
| NEDBANK LTD | Ms. Parm Kahlon | PKahlon@nedbankcapital.co.uk |
| HSBC Custody Services Limited as custodian and agent for Spinnaker Global emerging Markets Fund | annick langlois | annick.langlois@gg.hsbc.com |
| UBS AG | Markus Muller | <martin.leuthold@ubs.com> |
| FORTIS BANK S.A./N.V. BRUSSELS | Valentyna Kryva | <valentyna.kryva@bnpparibasfortis.com> |
| MARFIN FACTORS AND FORFAITERS SA | Demetris Zouzoukis | DZouzoukis@marfinfactors.gr |
| LANDESBANK BERLIN AG | Jochen Gutteck / Michael Lipczynski | "Gutteck, Jochen (LBB-RB 8)" <jochen.gutteck@lbb.de> / "Lipczynski, Michael (LBB-RB 8)" <michael.lipczynski@lbb.de> |
| UNICREDIT BANK AG (HYPOVEREINSBANK) | Marion Khuny / Christian Meidinger | Khüny Marion (HVB - UniCredit Group) <marion.khueny@unicreditgroup.de> / "Meidinger Christian (HVB - UniCredit Group)" <christian.meidinger@unicreditgroup.de> |
| NLB INTERFINANZ AG | Salvatore Donateo | donateo@nlbi.ch |
| JSC "Aizkraukles banka" | Vladimir Kerre | vladimir.kerre@ab.lv |

NEWYORK 7812593 v1 (2K)

| | | |
|---|---|---|
| Export Development Canada | Paul Hare | Hare, Paul <PHare@edc.ca> |
| HUAWEI TECHNOLOGIES CO., LTD | Gao Ao Zhan | gaoaozhan@huawei.com |
| CREDIT SUISSE AG | Aneta Anguelova / Gmür Patrick / Fehr Hervé / Carol Koch | aneta.anguelova@credit-suisse.com / patrick.grnuer@credit-suisse.com / herve.fehr@credit-suisse.com |
| BANIF - BANCO INTERNACIONAL DO FUNCHAL, S.A. | Isabel Claro / Mr. Gladstone | isabel.claro@banif.pt / gladstone@banif.pt |
| ING BANK (EURASIA) ZAO | Olga Chubova, Tatjana Tebbutt | olga.chubova@ingbank.com, tatjana.tebbutt@ingbank.com |
| BANK OF TOKYO-MITSUBISHI UFJ, LTD. | Yoko Yanagida | youko_yanagida@mufg.jp |
| JAPAN BANK FOR INTERNATIONAL COOPERATION | Yuichiro Noro | y-noro@jbic.go.jp |
| SUMITOMO MITSUI BANKING CORPORATION EUROPE LIMITED | John Allcott | john_allcott@gb.smbcgroup.com |
| SKANDIFINANZ BANK AG | Wolf Dietrich von Boddien | dieter.vonboddien@skandifinanz.ch |
| BANK OF TOKYO-MITSUBISHI, LTD. | | |
| ATLANTIC FORFAITIERUNGS AG | Luciano Bocci | bocci@atlanticforfaiting.com, demir@atlanticforfaiting.com |
| Oesterreichische KontrollBank Aktiengesellschaft (OeKB) | Dr. Peter Gaspari | nicole.kosi@oekb.at, claudia.riebenbauer@oekb.at |
| SAUDI NATIONAL COMMERCIAL BANK - OBU | Maria Bonelli | bonelli@alahli.com |
| BANK 'WESTLB VOSTOK' (ZAO) | Lyudmila Rylova | lyudmila_rylova@westlb.com.ru |
| BRE BANK S.A. (FORMERLY BANK ROZWOJU EKSPORTU S.A.) | Dominika Drzewiecka | Dominika.Drzewiecka@brebank.pl |
| UNICREDIT BANK AG SINGAPORE (FORMERLY BAYERISCHE HYPO- UND VEREINSBANK AG SINGAPORE) | Marion Khuny / Christian Meidinger | Khüny Marion (HVB - UniCredit Group) <marion.khueny@unicreditgroup.de> / "Meidinger Christian (HVB - UniCredit Group)" <christian.meidinger@unicreditgroup.de> |
| MASHREQBANK PSC. | Sarwat Tariq | Sarwatt@mashreqbank.com |
| BRED BANQUE POPULAIRE | SPILLEMAECKER, Marie-Helene / Arnaud Houplain | marie-helene.spillemaecker@bred.fr / arnaud.houplain@bred.fr |
| WGZ BANK AG WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALBANK | Udo Dellbugger / Achim Lehr | Udo Dellbrügger <udo.dellbruegger@wgzbank.de> / Achim Lehr <achim.lehr@wgzbank.de> |
| ING BANK N.V. | Pascal Jeukens | <Pascal.Jeukens@INGBank.com> |
| WestLB AG, London Branch | Vivienne Baxter | vivienne_baxter@westlb.co.uk |
| RBS N.V. NIEDERLASSUNG DEUTSCHLAND, HAMBURG BRANCH | Sergei Vasilenko | Sergei.Vasilenko@rbs.co.uk |
| BANK OF NOVA SCOTIA | Tendy Li | "Baris Kalay" <baris.kalay@scotiabank.com> |
| RBS N.V., CANADA BRANCH | Sergei Vasilenko | Sergei.Vasilenko@rbs.co.uk |
| DENIZBANK AG | Kudug Kerem | kerem.kudug@denizbank.at |

NEWYORK 7812593 v1 (2K)

| Entity | Contact | Email |
|---|---|---|
| BANCA UBAE SPA | Umberto Foti / Fabrizio Mariani | Umberto.Foti@ubae.it / Fabrizio.Mariani@ubae.it |
| DOHA BANK | K.P. Narayanan | knarayanan@dohabank.com.qa |
| FORTIS BANK (NEDERLAND) N.V., NL | Zeynep Vredenburg | <zeynep.vredenburg@nl.abnamro.com> |
| VR Global Partners LP | Anna Trekhalina | ATrekhalina@vr-capital.com / backoffice@vr-capital.com |
| CREDIT EUROPE BANK (SUISSE) S.A. | Nur Ustunay | nur.ustunay@crediteurope.ch |
| BNP PARIBAS ZAO, MOSCOW | Thierry Desjardins | thierry.desjardins@bnpparibas.com |
| ERICSSON NIKOLA TESLA D.D. | ANDREW SKELTON | andrew.skelton@ericsson.com |
| ING BELGIUM NV/SA | daniel mortier | <rudi.deruytter@ing.be> |
| RABOBANK NEDERLAND | fedor de koning | Fedor.de.Koning@rabobank.com |
| RAIFFEISENLANDESBANK NIEDEROESTERREICH-WIEN AG | daniela marvan | daniela.marvan@raiffeisenbank.at |
| FORTIS BANK (NEDERLAND) N.V. | Zeynep Vredenburg | <zeynep.vredenburg@nl.abnamro.com> |
| OVERSEA-CHINESE BANKING CORPORATION LIMITED | Adrian Ang | Adrian_Ang@ocbc.com |
| ING BELGIUM NV/SA (FORMERLY BANK BRUSSELS LAMBERT SA), BRUSSELS | daniel mortier | <rudi.deruytter@ing.be> |
| BNP PARIBAS SA (lending office BNP PARIBAS ZAO, Russia) | Thierry Desjardins | thierry.desjardins@bnpparibas.com |
| RBS N.V., ISTANBUL MAIN BRANCH | Sergei Vasilenko | Sergei.Vasilenko@rbs.co.uk |
| ING Belgium SA | daniel mortier | <rudi.deruytter@ing.be> |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | CLAUDIO PEPI | claudio.pepi@banca.mps.it |
| SACE ON ITS BEHALF AND ON BEHALF OF HSBC BANK PLC | Valerio Ranciaro | v.ranciaro@sace.it |
| SACE ON ITS BEHALF AND ON BEHALF OF HSBC BANK PLC | Valerio Ranciaro | v.ranciaro@sace.it |
| SWEDBANK (FORENINGSSPARBANKEN AB (P | helena olander | <helena.olander@swedbank.se> |
| SACE ON ITS BEHALF AND ON BEHALF OF HSBC BANK PLC | Valerio Ranciaro | v.ranciaro@sace.it |
| BHF-BANK AKTIENGESELLSCHAFT | Hakan Aksuenger | <hakan.aksuenger@bhf-bank.com> / andreas.martin@bhf-bank.com |
| HSBC BANK A.S. | Toygun Ozmen/Kadriye Sisman | ToygunOzmen@hsbc.com.tr/KadriyeSisman@hsbc.com.tr |
| KBC BANK NV | Eugenia Zhiglova | eugenia.zhiglova@kbc.be |
| HSBC BANK PLC, SUCURSAL EN ESPANA | Ignacio Colom / Javier Toquero | ignaciocolom@hsbc.com / javiertoquero@hsbc.com |
| WESTLB AG | Max Niesert / Andreas Willing | max_niesert@westlb.de / andreas_willing@westlb.de |
| TURKIYE VAKIFLAR BANKASI T.A.O. | Nilufer Orsoglu | Nilufer.ORSOGLU@vakifbank.com.tr |
| SACE | Valerio Ranciaro | v.ranciaro@sace.it |
| ANGLO-ROMANIAN BANK LIMITED | tony davis | Tony.Davis@anglorom.com |

NEWYORK 7812593 v1 (2K)

| Entity | Contact | Email |
|---|---|---|
| TUDOR GLOBAL EMERGING MARKETS CREDIT PORTFOLIO LP | Joyce Choi | Joyce.Choi@tudor.com |
| DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTSBANK | Sebastian Boehm / Doris Raschke | Doris.Raschke@dzbank.de, Klaus.Kindler@dzbank.de, Sebastian.Boehm@dzbank.de |
| RBS N.V. | Sergei Vasilenko | Sergei.Vasilenko@rbs.co.uk |
| EXPORT DEVELOPMENT CANADA | Robert Sinclair | Sinclair, Robert <RSinclair@edc.ca> |
| SOCIETE GENERALE | Anna Nowak-Jabrane | <Anna.Nowak-Jabrane@socgen.com> |
| PUNJAB NATIONAL BANK INTERNATIONAL LTD. | S R Sharma | md@pnbint.com |
| HABIB BANK LIMITED | Tariq Mateen Khan | tariq.mateen@hbl.com |
| BANQUE INTERNATIONALE DE COMMERCE - BRED | | |
| BAYERISCHE LANDESBANK, MUENCHEN | Ivan Pusic / Harald Gloeckl | "Pusic, Ivan" <Ivan.Pusic@bayernlb.de> / Harald.Gloeckl@bayernlb.de |
| BANK RAZVITIYA KAZAHSTANA | Farkhat Sarsekeyev | "Sarsekeyev Farkhat" <FarkhatS@kdb.kz> |
| CREDIT AGRICOLE CIB (FORMERLY CALYON) | "DELAGE, Martine / FLECHEUX, Jean | martine.delage@ca-cib.com / jean.flecheux@ca-cib.com |
| CALYON | "DELAGE, Martine / FLECHEUX, Jean | martine.delage@ca-cib.com / jean.flecheux@ca-cib.com |
| BLUECREST EMERGING MARKETS MASTER FUND LIMITED | Richard Page | richard.page@bluecrestcapital.com |
| BTG PACTUAL ABSOLUTE RETURN II MASTER FUND LP | Marat Djafarov | marat.djafarov@btgpactual.com |
| DUET GLOBAL MACRO MASTER FUND LIMITED | Tue Sando | tsando@duetgroup.net |
| GENESISDOTCOM INC | Theo Constantinidis | theo@constantinidis.com |
| Morgan Stanley & Co. International plc | Florence Lagrange | Florence.Lagrange@morganstanley.com |
| TUDOR BRAZIL EMC INVESTMENTS LLC | Joyce Choi | Joyce.Choi@tudor.com |
| TUDOR BRAZIL INVESTMENTS LLC | Joyce Choi | Joyce.Choi@tudor.com |
| Merrill Lynch International | ROBERT DINWIDDIE | Robert.dinwiddie@baml.com |
| UBS AG, London Branch | Nilesh Patel | <Nilesh-B.Patel@ubs.com> |
| Bayern LB | Ivan Pusic / Harald Gloeckl | "Pusic, Ivan" <Ivan.Pusic@bayernlb.de> / Harald.Gloeckl@bayernlb.de |
| National Bank of Egypt UK LTD | Neal Morrison | n.morrison@nbeuk.com |
| Unicredit Bank AG | Marion Khuny / Christian Meidinger | Khüny Marion (HVB - UniCredit Group) <marion.khueny@unicreditgroup.de> / "Meidinger Christian (HVB - UniCredit Group)" <christian.meidinger@unicreditgroup.de> |
| Emerging Markets Special Opportunities LTD | Ben Weisfeld | "Weisfeld, Ben " <ben.weisfeld@citi.com> |
| Bank of Ireland | lisa o'carroll | mailto:Lisa.ocarroll@boigm.com |

NEWYORK 7812593 v1 (2K)

| Entity | Contact | Email |
|---|---|---|
| The Argo Fund | Melina Tomazou | mtomazou@argocm.com.cy |
| THE ROYAL BANK OF SCOTLAND N.V. | Sergei Vasilenko | Sergei.Vasilenko@rbs.co.uk |
| Commerzbank Aktiengesellschaft | Berndt Nitsche | "Nitsche, Bernd (Dresdner Bank)" <bernd.nitsche@dkib.com> / "Grehling, Andreas" <Andreas.Grehling@commerzbank.com> |
| SWEDBANK | helena olander | <helena.olander@swedbank.se> |
| National Bank of Fujairah | Fawad Khan | fawad.khan@nbf.ae |
| China Construction Bank Corporation Hong Kong Branch | Ivy Cheung | ivyc@ccbhk.com |
| Arab Investment Company | Samir Medjiba | samir@taicobu.com |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd | | |
| The Bank of Nova Scotia | Josephine Back | Baris Kalay <baris.kalay@scotiabank.com> |
| DEMIR-HALK BANK (NEDERLAND) N.V. | Ozan Dereli | o.dereli@dhbbank.com |
| Bank of Taiwan London Branch | Peter Chiang | peterc.botlondon@btconnect.com |
| BMI Bank (Bank Muscat International) | Sadiq Al Shaikh | Sadiq.AlShaikh@bmibank.com |
| West LB | Gerard Mullaly | Gerard_Mullally@westlb.co.uk |
| Danske Bank | Henrik Sogaard | henrik.sogaard@danskebank.dk |
| Deutsche Bank AG, London | Igor Akulov / Shayak Barman | Igor Akulov <igor.akulov@db.com> / Shayak Barman <shayak.barman@db.com> |
| Mediobanca | Bonissoni Riccardo | Riccardo.Bonissoni@mediobanca.it |
| Bayern LB as Agent | Ivan Pusic / Harald Gloeckl | "Pusic, Ivan" <Ivan.Pusic@bayernlb.de> / Harald.Gloeckl@bayernlb.de |
| Ironshield Special Situations Master Fund LP | Mark Evans | mark.evans@ironshieldcapital.com |
| Spinnaker Global Opportunity Fund Ltd (Claim and Proxy provided by HSBC Custody Service (Guernsey) Ltd as Agent and SubCustodian) | annick langlois | annick.langlois@gg.hsbc.com |
| DBS Bank Ltd. | Kenneth Koh | kennethkoh@dbs.com |
| ICICI BANK UK PLC | Saket Sawant / Prakash Hati | ashok.das@icicibank.com |
| ICICI Bank Limited* (updated according to Claim as of 18/05/2010) | K Srinivasa Rao / D Rajasekhar | ashok.das@icicibank.com |
| Taichung Commercial BAnk, Nei Hu Branch | Yi-Ju Huang | tcb117@ms2.tcbbank.com.tw |
| Standard Chartered Bank | Rachel Mayne / Paul Johnson | Mayne, Rachel <Rachel.Mayne@sc.com> / "Johnson, Paul" <Paul.A.Johnson@sc.com> |
| Bank Hapoalim | Hanan Palmor | hanan.palmor@mailpoalim.co.il |
| Discovery Global Opportunity Master Fund | Kelly Chicas | kchicas@discap.com |
| ABU DHABI ISLAMIC BANK | Anees Basheer | AneesB@adib.ae |
| Goldman Sachs Lending Partners LLC | Richard Hayes | Richard.Hayes@gs.com |
| Spinnaker Global Emerging Markets Fund Ltd. | Mark Evans | mark.evans@ironshieldcapital.com |

NEWYORK 7812593 v1 (2K)

| Entity | Contact | Email |
|---|---|---|
| Spinnaker Global Opportunity Fund Ltd. | annick langlois | annick.langlois@gg.hsbc.com |
| Spinnaker Global Strategic Fund Ltd. | annick langlois | annick.langlois@gg.hsbc.com |
| BARCLAYS BANK PLC WHOLESALE | carol williamson | carol.williamson@barclayscapital.com |
| BURGAN BANK | Muhammad Zubair | mzubair@burgan.com |
| CIMB BANK (L) LIMITED | Lee Siew Leng | siewleng.lee@cimb.com |
| ICICI BANK UK PLC | Saket Sawant / Prakash Hati | ashok.das@icicibank.com |
| MALAYAN BANKING BERHAD, London Branch | Raelah Ismail | raelah@maybank.uk.com |
| EMIRATES NBD BANK PJSC | Khurram Shakeel / Reji Daniel | rejid@emiratesnbd.com |
| NATIONAL BANK OF OMAN | Sreenivasan Sampath | SampathS@nbo.co.om |
| Nomura International Plc | Stephen Kirkham | stephen.kirkham@nomura.com |
| ICICI Bank Bahrain | K Srinivasa Rao / D Rajasekhar | ashok.das@icicibank.com |
| STANDARD Bank PLC | John Disson/alistair reid | john.disson@standardbank.com/ "Reid, Alistair A" <Alistair.Reid@standardbank.com> |
| HVB Muenchen | Marion Khuny / Christian Meidinger | Khuny Marion (HVB - UniCredit Group) <marion.khueny@unicreditgroup.de> / "Meidinger Christian (HVB - UniCredit Group)" <christian.meidinger@unicreditgroup.de> |
| SALMC LTD | Sanjay Jankee | sanjay.jankee@salutecapital.com |
| SALUTE OPPORTUNITY FUND LP | Sanjay Jankee, Tom Hickey | sanjay.jankee@salutecapital.com, tom.hickey@salutecapital.com |
| NURBANK | Mazhit Kalkulov | MKalkulov@nurbank.kz |
| VR GLOBAL PARTNERS, L.P. | Anna Trekhalina | backoffice@vr-capital.com |
| DEUTSCHE BANK AG, London Branch | Igor Akulov / Shayak Barman | Igor Akulov <igor.akulov@db.com> / Shayak Barman <shayak.barman@db.com> |
| THE ROYAL BANK OF SCOTLAND KAZAKHSTAN | zhanna umatova | Tsoy, Roman <roman.tsoy@rbs.com> |
| LM MOORE, LP | Sal Bonello | salvatore.bonello@moorecap.com |