Paul V. Shalhoub, Esq.
Jessica Etra, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Quantum Partners LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
**In re:**                                                   :    **In a case under Chapter 15**
                                                             :    **of the Bankruptcy Code**
**JSC BTA Bank,**                                            :
                                                             :    **Case No. 10-10638 (JMP)**
    **Debtor in a Foreign Proceeding.**  :
                                                             :
------------------------------------------------------------ x

**JOINDER OF QUANTUM PARTNERS LP TO GUARANTEE CLAIMANTS'
OBJECTION TO FOREIGN REPRESENTATIVE'S MOTION PURSUANT
TO SECTIONS 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) AND
1525(a) OF THE BANKRUPTCY CODE FOR AN ORDER GRANTING PERMANENT
INJUNCTIVE RELIEF IN SUPPORT OF RESTRUCTURING AND CLOSING CASE**

    Quantum Partners LP ("Quantum"), by its undersigned counsel, hereby adopts and joins in the Objection to Foreign Representative's Motion Pursuant to Sections 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525(a) of the Bankruptcy Code for an Order Granting Permanent Injunctive Relief in Support of Restructuring and Closing Case (the "Objection") [Docket No. 43] filed by the Guarantee Claimants (as defined in the Objection) to the Foreign Representative's Motion Pursuant to Sections 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525(a) of the Bankruptcy Code for an Order Granting Permanent Injunctive Relief in Support of Restructuring and Closing Case (the "Motion") [Docket No. 35].

## JOINDER

Quantum, a creditor of JSC BTA Bank similarly situated to the Guarantee Claimants, hereby supports, adopts and joins in the Objection in its entirety and expressly reserves the right to supplement and amend this Joinder to include supplemental responses or objections to the Motion, and to be heard further at any hearing relating to the Motion and the Objection. Further, Quantum reserves the right to further respond, object, join in, or amend any response or objection herein with respect to any argument or objection made by any person relating to the Motion.

## CONCLUSION

WHEREFORE, for the reasons set forth in the Objection, Quantum requests that this Court (i) sustain the Objection, (ii) provide Quantum with the same relief as may be afforded the Guarantee Claimants, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 22, 2010
    New York, New York

By: /s/ Paul V. Shalhoub
Paul V. Shalhoub, Esq.
Jessica Etra, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Quantum Partners LP*