# EXHIBIT A – Feld Declaration

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Abraham L. Zylberberg
Evan C. Hollander
Richard A. Graham

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :       Chapter 15
                                                   :
JSC BTA Bank,                                      :       Case No. 10-10638 (JMP)
                                                   :
    Debtor in a Foreign Proceeding.              :
                                                   :
---------------------------------------------------------------x

**DECLARATION OF ELIZABETH FELD PURSUANT TO 28 U.S.C. § 1746**

I, Elizabeth Feld, declare under penalty of perjury that the following is true and correct:

    1.    I am an attorney admitted to practice before the courts of the State of New York and before this Court and I am employed by the law firm of White & Case LLP ("White & Case"), located at 1155 Avenue of the Americas, New York, NY 10036. I submit this declaration (the "Declaration") in support of the objection (the "Objection")[1] of Anvar Galimullaevich Saidenov, in his capacity as the duly authorized and recognized foreign representative (the "Foreign Representative") in respect of the foreign main proceeding in the Republic of Kazakhstan (the "Kazakh Proceeding") concerning the debtor herein, JSC BTA Bank (the "Bank," or the "Debtor"), to the Motion [Docket No. 56] (the "CS Motion") of Credit Suisse AG, London Branch and Credit Suisse International (collectively, "Credit Suisse") for

---

[1] Capitalized terms used herein but not defined herein shall have the meanings ascribed to them in the Objection.

NEWYORK 7973112 (2K)

leave to file a late objection pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) and Local Rule 9006-1(b) to the Foreign Representative's motion [Docket No. 35] (the "Motion") for an order, pursuant to sections 105(a), 350, 1507(a), 1509(b)(2)-(3), 1517(d), 1521(a) and 1525 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") granting permanent injunction relief in respect of the Restructuring Plan and closing the above-captioned chapter 15 case, in each case as set forth in the Motion, which Objection is to be filed contemporaneously herewith.

2.    In preparing this Declaration, I have reviewed the Motion, the Response, the CS Motion and the Objection.  I make this Declaration on the basis of documentation in my possession or supplied to me and on facts and matters that are known to me or of which I have been informed by others.  Where the facts and matters testified to herein are within my own knowledge, they are true.  Where I have been informed by others, the information is true to the best of my knowledge and belief and I state the source of that information.

**DECLARATION**

3.    Attached as Exhibit 1 hereto are true and correct copies of the following press articles:  Don't start from here, The Economist, November 25, 2010, at 82; Sandrine Bradley, IFR-Kazakh bank 'bail-in' model may work for Ireland, Reuters (December 1, 2010), http://uk.reuters.com/article/idUKN0114585620101201?feedType=RSS&feedName=rbssFinancialServicesAndRealEstateNews; and Natsuko Waki, Clock ticking for Ireland's sovereign wealth fund, Reuters, (November 24, 2010), http://uk.reuters.com/article/idUKLNE6AN00P20101124?pageNumber=2).

4.    Attached as Exhibit 2 hereto is a true and correct copy of the Bank's notice dated February 9, 2010, located at http://www.bta.kz/en/investor/news/2010/02/09/72/.

5.  Attached as Exhibit 3 hereto is a true and correct copy of the Bank's notice dated March 5, 2010, located at http://www.bta.kz/en/investor/news/2010/03/05/73/.

6.  Attached as Exhibit 4 hereto is a true and correct copy of the Bank's notice dated October 1, 2010, located at http://www.bta.kz/en/investor/news/2010/10/01/162/.

7.  Attached hereto as Exhibit 5 are true and correct copies of (i) the following English court rulings: JSC BTA Bank v. A [2010] EWCA Civ 1141 (Eng.), http://www.bailii.org/ew/cases/EWCA/Civ/2010/1141.html, and JSC BTA Bank v. Ablyazov [2010] EWHC 1779 (Comm) (Eng.), http://www.bailii.org/ew/cases/EWHC/Comm/2010/1779.html; and (ii) the following press articles: Erik Larson, Ablyazov Loses U.K. Appeal Over Control of $5 Billion, Bloomberg Businessweek (December 8, 2010), http://www.businessweek.com/news/2010-12-08/ablyazov-loses-u-k-appeal-over-control-of-5-billion.html, Clare Nuttall, UK Court upholds receivership order for former BTA Bank chief's assets (December 7, 2010), http://www.bne.eu/story2441/UK_court_upholds_receivership_order_for_former_BTA_Bank_chiefs_assets, Simon Goodley, Kazakh banker loses courtroom battle over assets (December 3, 2010), http://www.guardian.co.uk/world/2010/dec/03/ablyazov-kazakh-bank-court-ruling.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   New York, New York
             December 30, 2010

                                                        _____